Beverly B. VINSON, Petitioner,

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

**No. 03–3209.**

United States Court of Appeals,
Federal Circuit.

March 5, 2004.

Before RADER, LINN, and DYK,
Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.